**2007–1444. Jones v. Eberlin.**
In Habeas Corpus. On petition for writ of habeas corpus of William M. Jones Jr. Sua sponte, cause

dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.